AO 450 (Rev. 5/85) (Mod. 10/93) Judgment in a Civil Case ○

# United States District Court
### WESTERN DISTRICT OF WASHINGTON

JUDGMENT IN A CIVIL CASE

DANNY RAY MONTGOMERY,

v.

STATE OF WASHINGTON,
DEPARTMENT OFR SOCIAL &
HEALTH SERVICES DIVISION OF
CHILD SUPPOR, DAVID STILLMAN,
Director, Division of Child Support,
ROBIN ARNOLD-WILLIAMS,
Secretary, Department of Social & Health
Services, & JOHN or JANE DOE,

CASE NUMBER:  3:09-cv-05453-RBL

[ √ ]   **Decision by Court.**  This action came under consideration before the Court.  The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Defendants' Motion for Summary Judgment  is  GRANTED, and Plaintiff's Complaint is DIMISSED WITH PREJUDICE.

DATED :     June 2, 2010

                                                      BRUCE  RIFKIN
                                            *Clerk*

                                                      /s/   Jean Boring
                                            *(By) Deputy Clerk*, Jean Boring